IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MALCOLM MURRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-057 |
| | ) | |
| GINO BRANTLEY; CAPTAIN DANIELS; CAPTAIN HARRELL; LIEUTENANT JENKINS; SERGEANT STERNS; CORPORAL DELAGO; CORPORAL SEYMORE; CORPORAL ELLISON; CORPORAL KUNTZ; DEPUTY THOMAS; DEPUTY SEERS; DEPUTY GIST; DEPUTY BUSBY; DEPUTY PRESCOTT; DEPUTY GABI; DEPUTY BLASTINGGAME; DEPUTY BRINSON; DEPUTY GILMORE; DEPUTY TRAVIS; DEPUTY SMILEY; DEPUTY PERISH; DEPUTY CARLEE; CORPORAL COWELL; DOCTOR CROSBY; DOCTOR CARSON; DETRA WILLIS; NURSE BAKER; NURSE ROGERS; NURSE CLARK; NURSE MCKAZ; NURSE PERLEY; DEPUTIES JOHN DOES 1-3; and DEPUTY JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___12th___ day of June, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA